United States Court of Appeals
for the Eighth Circuit

| | |
|---|---|
| Jacquelyn Wallace, Individually and as Administratrix and Personal Representative for the Estate of Carelton J. Wallace | Plaintiff – Appellee |
| v. | Case No. 15-2915 |
| City of Alexander, Arkansas; Horace Walters | Defendants |
| Nancy Cummings, In her official and individual capacity | Defendant – Appellant |

Motion for an Extension of Time to File the Appellee's Brief

1. Jacquelyn Wallace ("Ms. Wallace") is the Appellee in this case, and her brief is due on February 3, 2016.

2. The undersigned attorney has nearly completed the brief, but cannot do so by February 3, 2016 because of the press of other business, namely upcoming criminal trials. The undersigned can and will, however, complete the brief by February 15, 2016 if the Court sees fit to allow him an additional twelve days of briefing time.

3. This motion is made in good faith and not for the purpose of delay.

Respectfully submitted,

/s/ Jimmy C. Morris, Jr.
Jimmy C. Morris, Jr.
Ark. Sup. Ct. Reg. No. 2007134
2011 Broadway Street
Little Rock, Arkansas 72206-1353
Telephone 501.319.7647
Facsimile 501.353.0287

Email j.c.morrisatty@gmail.com

2

## Certificate of Service

I certify that on January 29, 2016, I electronically filed this MOTION FOR AN EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ Jimmy C. Morris, Jr.
Jimmy C. Morris, Jr.