# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-3279

Jacquelyn Wallace, Individually and as Administratrix and Personal Representative for the Estate of Carelton J. Wallace

Appellee

v.

City of Alexander, Arkansas and Horace Walters

Nancy Cummings, In her official and individual capacity

Appellant

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:13-cv-00748-BRW)

---

**ORDER**

Appellee's motion for extension of time to file the brief is granted. Appellee may have until February 16, 2016 to file the brief.

February 01, 2016

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans